PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

CONRADO BORJA CABAR

CRIMINAL CASE NO.   02-00076-001

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 17, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                            Respectfully submitted,

                                            ROSSANNA VILLAGOMEZ-AGUON
                                            Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:    AUSA
        Defense Counsel
        File

## *ORDER OF COURT*

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 28, 2007**